June 22, 1981

No. 80–1805. Bosworth, dba Gulf to Bay Title Co. *v.* Cooney, Executor. Appeal from Ct. App. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–1818. McLendon *v.* Alabama Department of Revenue. Appeal from Ct. Civ. App. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–6657. Patterson *v.* Abernathy et al. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–1861. Detroit Automobile Inter-Insurance Exchange et al. *v.* Rodgers et al.; and
No. 80–1862. Williams *v.* Krueger. Appeals from Sup. Ct. Mich. dismissed for want of jurisdiction. Reported below: 410 Mich. 144, 300 N. W. 2d 910.

No. 80–6355. Morris *v.* California. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Justice Brennan, Justice White, and Justice Stevens would note probable jurisdiction and set case for oral argument.

No. 80–6607. Ray *v.* Illinois. Appeal from App. Ct. Ill., 5th Dist., dismissed for want of substantial federal question.

No. 80–6618. Bartus *v.* Wisconsin. Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.